IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEQUINCY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-CV-225-TMH |
| | ) | |
| OFFICER MAYFIELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Dequincy Williams ["Williams"], an indigent inmate, initiated this 42 U.S.C. § 1983 complaint challenging the conditions of confinement during his incarceration at the Chambers County Detention Facility. The order of procedure entered in this case specifically directed Williams to immediately inform the court of any change in his address. March 14, 2012 Order (Doc. No. 4) at 5-6.

This court recently received information establishing the plaintiff is no longer at the address he last provided for service. In light of the foregoing, the court entered an order requiring that on or before May 14, 2012 Williams inform the court of his present address. May 7, 2012 Order (Doc. No. 11). The order specifically advised Williams this case could not proceed if his whereabouts remained unknown and cautioned him his failure to comply with its directives would result in a Recommendation that this case be dismissed. *Id*. The court has received no response from Williams to the aforementioned order nor has he provided the court with his current address as required by the order of procedure.

As is clear from the foregoing, Williams has failed to comply with the directives of the orders entered by this court and this case cannot properly proceed in his absence. It is likewise clear Williams is no longer interested in the prosecution of this case. The court therefore concludes this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation **on or before May 31, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33

(11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

    Done this 17th day of May, 2012.

                                                        /s/ Wallace Capel, Jr.
                                                        WALLACE CAPEL, JR.
                                                        UNITED STATES MAGISTRATE JUDGE