IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEQUINCY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-CV-225-TMH |
| ) | |
| OFFICER MAYFIELD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #12) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to prosecute this action.

A separate judgment shall issue.

Done this 7th day of June, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE